WILLIAM SLOAN COATS (STATE BAR NO: 94864)
CRAIG W. CLARK (STATE BAR NO 226839)
WHITE & CASE LLP
3000 El Camino Real
5 Palo Alto Square, 10th Floor
Palo Alto, California 94306
Telephone: 650/213-0300
Facsimile: 650/213-8158

*E-FILED 12/6/05*

Attorneys for Plaintiffs MESA BOOGIE and RANDALL SMITH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MESA BOOGIE, LTD and RANDALL SMITH<br><br>Plaintiffs,<br><br>v.<br><br>KORG USA, INC., and<br><br>MARSHALL AMPLIFICATION, PLC<br><br>Defendants. | Case No. C05-03031 RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Date: December 21, 2005<br>Time: 2:30 p.m.<br>Crtm: No. 4<br>Judge: Honorable Richard Seeborg |

WHEREAS plaintiffs Mesa/Boogie, Ltd. and Randall Smith (hereinafter "Plaintiffs") filed their Complaint against Korg, U.S.A., Inc. and Marshall Amplification, PLC (hereafter "Defendants") on July 26, 2005;

WHEREAS Plaintiffs and Defendants have reached a settlement of this action and are currently awaiting final signatures for the Settlement Agreement;

1     WHEREAS a Case Management Conference is scheduled in this matter for December 21, 2005; and

    WHEREAS Plaintiffs and Defendants have met and conferred and agreed that a continuance of the Case Management Conference will conserve judicial resources and facilitate final settlement and dismissal of this action;

    NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective counsel, hereby stipulate and respectfully request that the Court order as follows:

    1.    The Case Management Conference currently scheduled for December 21, 2005 shall be continued until February 8, 2006 at 2:30 p.m.

Dated: December 7, 2005

Respectfully submitted,

WHITE & CASE LLP

By _____
CRAIG W. CLARK
Attorneys for MESA BOOGIE, LTD. and RANDALL SMITH.

DRINKER BIDDLE & REATH, LLP

By _____
JOSEPH R. DELMASTER
Attorneys for KORG USA, INC and MARSHALL AMPLIFICATION, PLC

PURSUANT TO STIPULATION, IT IS SO ORDERED

DATED 12/6, 2005

/s/ Richard Seeborg
_____
Magistrate Judge Richard Seeborg